UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-15-151** |
| | § | |
| SYLVIA SAN JUANITA VASQUEZ | § | |
| ELBERTO ESIQUIEL BRAVO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about March 22, 2010 to on or about April 19, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**SYLVIA SAN JUANITA VASQUEZ**
**and**
**ELBERTO ESIQUIEL BRAVO**

knowing that an offense against the United States has been committed, to wit, that Luis Martinez-Gallegos conspired to possess with the intent to distribute, and possessed with the intent to distribute, more than 5 kilograms of cocaine, that is approximately 88 kilograms of cocaine, in violation of Title 21, United States Codes Section 841, 846 and Title 18, United States Code, Section 2, did receive, relieve, comfort, and assist Luis Martinez-Gallegos, in order to hinder and prevent Luis Martinez-Gallegos' apprehension, trial, and punishment.

In violation of Title 18, United States Code, Section 3.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY